FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 6 - 2010

GREGORY C. LA... 3HAM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 00776

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

BALIN ALLEN,

    Plaintiff/Petitioner,

v.

AURORA LOAN SERVICES N.A.,
ALAN SPECK,
TIMOTHY GEITHNER, Secretary of the Treasury, United States,
ERIC HOLDER, U.S. Attorney General, as Alien Property Custodian, and
ALL PERSONS UNKNOWN (claiming any legal or equitable right, title, estate, lien, or
    interest in the property described in the complaint adverse to Plaintiff's title, or
    any cloud upon Plaintiff's title thereto),

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a "Petition to, Set Aside and Cancel Note and Deed of Trust for Fraud, Usury, Fraud in Inducment, Fraud in Fact, Claim in Recoupment, and Quiet Title Against All Known Counter and Cross Defendants and for Declaratory and Injunctive Relief and Notice of Invocation of Reserved Rights." As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) \_\_ is not submitted
(2) \_\_ is not on proper form (must use the court's current form)
(3) \_\_ is missing original signature by Plaintiff
(4) \_\_ is missing affidavit
(5) \_\_ affidavit is incomplete
(6) \_\_ affidavit is not notarized or is not properly notarized
(7) X names in caption do not match names in caption of complaint, petition or application
(8) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(9) \_\_ other _____

**Complaint or Petition:**
(10) \_\_ is not submitted
(11) X is not on proper form (must use the court's current form)
(12) \_\_ is missing an original signature by the Plaintiff
(13) \_\_ is incomplete
(14) \_\_ uses et al. instead of listing all parties in caption
(15) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_ names in caption do not match names in text
(18) \_\_ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 1st day of April, 2010.

BY THE COURT:

Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '10 – CV – 00776

Allen Balin
PO Box 272336
Fort Collins, CO 80527

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on 4/6/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk